**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2324**

JIMMIE ECHOLS,

    Plaintiff - Appellant,

  v.

SHERIFF OF BERTIE COUNTY,

    Defendant – Appellee,

  and

SHERIFF OF BERTIE; OFFICE OF SHERIFF OF BERTIE; DELEGATES OF
SHERIFF OF BERTIE INVOLVED; SHERIFF OF BERTIE, as Respondeat
Superior; SHERIFF JOHN HOLLY, in capacity; SHERIFF JOHN
HOLLEY, as individual; SURETY BOND; INSURER(S); MALEFACTORS,

    Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. Louise W. Flanagan,
District Judge. (2:14-cv-00033-FL)

Submitted: February 25, 2016   Decided: March 16, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Jimmie Echols, Appellant Pro Se.  Lloyd Clifton Smith, III, PRITCHETT & BURCH PLLC, Windsor, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmie Echols appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action as barred by the doctrine of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Echols v. Sheriff of Bertie Cnty., No. 2:14-cv-00033-FL (E.D.N.C. filed Sept. 30, 2015; entered Oct. 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED